Matter of A.C.W. (E.Y.W.)

2026 NY Slip Op 02339

April 16, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of A.C.W., Petitioner-Appellant, For the Appointment of Guardian of E.Y.W., An Incapacitated Person, Allied Community Support Services, Inc., Respondent-Respondent.

Decided and Entered: April 16, 2026

Index No. 500017/21|Appeal No. 6383 M-01163|Case No. 2024-06290|

Before: Moulton, J.P., Scarpulla, Shulman, Rodriguez, Michael, JJ.

A.C.W., New York, appellant pro se.

Barker Patterson Nichols, LLP, Valhalla (Adonaid C. Medina of counsel), for respondent.

[*1]

Order, Supreme Court, New York County (Phaedra Perry-Bond, J.), entered on or about August 15, 2024, which denied petitioner's motion to remove Allied Community Support Services as successor guardian of the person and property of the Incapacitated Person (IP), to reappoint her as successor guardian, and to transfer the IP back to the community, unanimously deemed withdrawn, without costs, upon the stipulation of the parties hereto dated January 14, 2026, in which petitioner agreed to withdraw the instant appeal by January 16, 2026.

The so-ordered stipulation in which petitioner agreed to withdraw the appeal was definite and complete upon its face and constituted a valid and binding contract that should be enforced as written. Thus, there is no good cause to set aside the agreement to withdraw (see Barclay v Citibank, N.A., 136 AD3d 551, 551 [1st Dept 2016], lv dismissed 27 NY3d 1077 [2016]).

M-01163 — In the Matter of A.W.

Motion to deem petitioner's appeal withdrawn, granted.

THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 16, 2026